1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CHRISTOPHER ROBIN MAUGHS,                No. 2:17-cv-1294-JAM-CMK-P

12              Plaintiff,

13       vs.                                                    <u>ORDER</u>

14   SHASTA COUNTY SHERIFF, et. al.,

15              Defendants.

16   _____/

17              Plaintiff, who is proceeding *in propria persona*, brings this civil rights action

18   pursuant to  42 U.S.C. § 1983.  On June 26, 2017, the court issued an Order Setting Status

19   Conference.  In that order, the court set a Status Conference to be held on November 1, 2017 at

20   10:00 a.m. before the undersigned.  All parties were ordered to appear through counsel or in

21   person if acting without counsel.  The parties were also ordered to submit a status report no later

22   than seven days prior to the Conference.  Defendant filed a status report on October 25, 2017,

23   and served the same on plaintiff.  Plaintiff, who is not represented in this case by counsel, did not

24   file a status report. On November 1, 2017, the court held the Status Conference.  Defense

25   counsel, Gary Brickwood was present in court.  Plaintiff did not appear.

26   / / /

1

In the status report filed, the defense suggests it may be appropriate to stay this case due to underlying criminal proceedings against plaintiff in the Shasta County Court. However, prior to entertaining whether a stay is appropriate in this matter, the court will require plaintiff to show his intention of continuing in this action. As plaintiff has not followed court order nor appeared at the court ordered status conference, it would appear that plaintiff is no longer interested in pursuing this action. If he is, plaintiff will be required to respond to this order and to inform the court as to the status of the underlying criminal proceedings and whether a stay would be appropriate. If no response to this order is filed, the court will assume plaintiff is no longer interested in pursuing this action.

Accordingly, plaintiff shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for his failure to prosecute this action. In his response, plaintiff shall inform the court as to the status of the underlying criminal proceedings against him in the Shasta County Court, and to inform the court as to whether a stay would be appropriate. Plaintiff is warned that failure to respond to this order may result in dismissal of the action for failure to prosecute and comply with court rules and orders. See Local Rule 110.

IT IS SO ORDERED.


DATED: November 6, 2017

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE