IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER ROBIN MAUGHS,  No. 2:17-cv-1294-JAM-CMK-P

    Plaintiff,

  vs.  ORDER

SHASTA COUNTY SHERIFF, et. al.,

    Defendants.

_____/

    Plaintiff, who is proceeding *in propria persona*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The court issued an order to show cause on November 6, 2017, requiring plaintiff to show cause why this action should not be dismissed for his failure to prosecute this action. The court set forth the status of this action, including plaintiff's failure to follow court orders and appear at the status conference. Plaintiff was warned that failure to file a response to the order to show cause could result in dismissal of the action for failure to prosecute and comply with court rules and orders. See Local Rule 110. To date, plaintiff has not filed a response to the order to show cause.[1]

---

[1] Although it appears from the file that the order to show cause was returned, the parties were properly served. It is the responsibility of the parties to keep the court apprised of

1

1 | The undersigned therefore finds it appropriate to dismiss this action for failure to
2 | prosecute as well as plaintiff's failure to comply to court rules and orders.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     This action is dismissed for plaintiff's failure to prosecute; and

        2.     The Clerk of the Court is directed to close this case.

DATED: January 12, 2018

                                            /s/ Craig M. Kellison  
                                            **CRAIG M. KELLISON**  
                                            UNITED STATES MAGISTRATE JUDGE

---

their address of record at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.